IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn Kovach Jr<br>Debtor, | BANKRUPTCY CASE NUMBER<br>19-24028-JAD |
| Lakeview Loan Servicing, LLC<br>Movant.<br>v. | CHAPTER 13 |
| Glenn Kovach Jr<br>Debtor/Respondent, | |
| Ronda J. Winnecour, Trustee<br>Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Lakeview Loan Servicing, LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated:  April 27, 2023

BY:*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576

LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 22-067401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn Kovach Jr<br>    Debtor,<br><br>Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Glenn Kovach Jr<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-24028-JAD<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

    I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this   27th   day of            April            , 2023:

Glenn Kovach Jr
111 Elgin Ln
Evans City, PA 16033

Lawrence W. Willis, Esquire, Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
ecf@westernpabankruptcy.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com