IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLENN KOVACH, JR.<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-24028-JAD |
| LAKEVIEW LOAN SERVICING, LLC<br>　　　Movant.<br>v. | CHAPTER 13 |
| | OBJECTIONS DUE BY: __May 26, 2023__ |
| GLENN KOVACH, JR.<br>　　　Debtor/Respondent, | DOCKET #: _____ |
| RONDA J. WINNECOUR, Trustee<br>　　　Additional Respondent. | RELATED TO DOC # ___54___ |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF LAKEVIEW LOAN SERVICING, LLC FOR
RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENTS:

　　You are hereby notified that the above Movant seeks an order affecting your rights or property.

　　You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than __May 26, 2023__ i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

　　You should take this to your lawyer at once.

　　A hearing will be held on __June 7, 2023__, at __10:00 am__ before Judge Thomas P. Agresti in 600 Grant Street, 54th Floor U.S. Steel Tower, Court Room C, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: __05/09/2023__

　　　　　　　　　　　　　　　　　　　　　*/s/Lorraine Gazzara Doyle*
　　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo 78447
　　　　　　　　　　　　　　　　　　　　　Lorraine Gazzara Doyle  34576
　　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　(610) 278-6800

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLENN KOVACHT, JR.<br>    Debtor,<br><br>LAKEVIEW LOAN SERVICING, LLC<br>    Movant.<br>v.<br><br>GLENN KOVACH, JR.<br>    Debtor/Respondent,<br><br>RONDA J. WINNECOUR, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-24028-JAD<br><br>CHAPTER 13<br><br>OBJECTIONS DUE BY: _May 26, 2023_<br><br>DOCKET #: _____<br><br>RELATED TO DOC # _____ |

## CERTIFICATE OF SERVICE

I, _Lorraine Gazzara Doyle_, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the Notice of Hearing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this __9th__ day of __May__, 2023:

| | |
|---|---|
| Glenn Kovach, Jr.<br>111 Elgin Ln<br>Evans City, PA 16033<br><br>Lawrence W. Willis, Esquire<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235<br>ecf@westernpabankruptcy.com  - VIA ECF | Ronda J. Winnecour, Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com  - VIA ECF<br><br>United States Trustee<br>Sent via electronic notification<br>ustpregion03.pi.ecf@usdoj.gov |

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

 */s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com