IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLENN KOVACH, JR.<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-24028-JAD |
| LAKEVIEW LOAN SERVICING, LLC<br>    Movant.<br>v. | CHAPTER 13<br><br>**OBJECTIONS DUE BY: JUNE 5, 2023** |
| GLENN KOVACH, JR.<br>    Debtor/Respondent, | RELATED TO DOC NO. 54 and |
| RONDA J. WINNECOUR, Trustee<br>    Additional Respondent. | |

AMENDED NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE
REGARDING MOTION OF LAKEVIEW LOAN SERVICING, LLC FOR
RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 5, 2023** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on *__June 7, 2023__*, at *__10:00 A.M.,__* before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021* ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative

arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: <u>May 18, 2023</u>         */s/ Christopher A. DeNardo*
                                             Christopher A. DeNardo 78447
                                             Lorraine Gazzara Doyle  34576
                                             LOGS Legal Group LLP
                                             Attorney for Movant
                                             3600 Horizon Drive, Suite 150
                                             King of Prussia, PA 19406
                                             (610) 278-6800

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLENN KOVACHT, JR.<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>19-24028-JAD |
| LAKEVIEW LOAN SERVICING, LLC<br>  Movant.<br>v. | CHAPTER 13 |
| GLENN KOVACH, JR.<br>  Debtor/Respondent, | **OBJECTIONS DUE BY: JUNE 5, 2023**<br><br>RELATED TO DOC NO. 54 and 55 |
| RONDA J. WINNECOUR, Trustee<br>  Additional Respondent. | |

## CERTIFICATE OF SERVICE

  I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the Amended Notice of Hearing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 18th day of May, 2023:

Glenn Kovach, Jr.
111 Elgin Ln
Evans City, PA 16033

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
ecf@westernpabankruptcy.com  - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com  - VIA ECF

United States Trustee
Sent via electronic notification
ustpregion03.pi.ecf@usdoj.gov

  I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com