IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/25/23 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: )
GLENN KOVACH JR. )
                                      )    Case No.:19-24028JAD
                                      )
        Debtor(s) )    Chapter 13
                                      )
                                      )
Ronda J. Winnecour, Chapter 13 Trustee, )    Doc. # 62
        Movant, )    Related Document No.58
    Vs. )
GLENN KOVACH JR. )
                                      )
        Respondent(s) )

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on May 12, 2023 (document no. 58) is hereby WITHDRAWN.

Respectfully submitted,

5-24-2023
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED THIS 25TH DAY OF MAY, 2023

*[signature]*
jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24028-JAD |
| Glenn Kovach, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Kovach, Jr., 111 Elgin Ln, Evans City, PA 16033-3707 |
| 15140020 | + | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15140036 | + | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15140039 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2023 00:59:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2023 00:59:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2023 01:04:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 26 2023 00:58:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15148943 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2023 00:59:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15140021 | + | Email/Text: bncnotifications@pheaa.org | May 26 2023 00:59:00 | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15140022 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2023 00:59:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15140023 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 01:05:18 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 01:04:50 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140024 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 01:15:54 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15140026 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 26 2023 01:04:47 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 15155770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 01:04:56 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15140027 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 01:04:52 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15140028 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 19-24028-JAD   Doc 65   Filed 05/27/23   Entered 05/28/23 00:28:05   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| | | May 26 2023 00:59:00 | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15151020 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | May 26 2023 00:59:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140029 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 26 2023 00:59:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15140030 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 26 2023 01:05:16 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15160528 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | May 26 2023 01:04:44 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15140031 | + Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | May 26 2023 00:59:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15140032 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | May 26 2023 00:59:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15140033 | + Email/Text: BKRMailOPS@weltman.com | | |
| | | May 26 2023 00:59:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15221504 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | May 26 2023 00:59:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15443137 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | May 26 2023 00:59:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15175360 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | May 26 2023 00:59:00 | Lakeview Loan Servicing, LLC c/o, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140034 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | May 26 2023 00:59:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140035 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | May 26 2023 00:59:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15169837 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 26 2023 00:59:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15140037 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | May 26 2023 01:04:50 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15140038 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | May 26 2023 01:28:54 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15518769 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | May 26 2023 00:59:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15156306 | + Email/Text: ECMCBKNotices@ecmc.org | | |
| | | May 26 2023 00:59:00 | SUNTRUST, C/O ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15319142 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | May 26 2023 00:59:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140040 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 26 2023 01:04:57 | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140041 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 26 2023 01:28:52 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15140042 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 26 2023 01:15:55 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140348 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 26 2023 01:04:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15140043 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 26 2023 01:05:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 19-24028-JAD   Doc 65   Filed 05/27/23   Entered 05/28/23 00:28:05   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| 15140044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:04:43 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15172161 | | Email/PDF: ebn_ais@aisinfo.com | May 26 2023 01:04:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15140045 | + | Email/Text: bnc-bluestem@quantum3group.com | May 26 2023 00:59:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| 15154926 | *+ | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15154927 | *+ | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15154928 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15154929 | *+ | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15154930 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154931 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154932 | *+ | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15154933 | *+ | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15154934 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15154935 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15154936 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15154937 | *+ | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15154938 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15154939 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15154940 | *+ | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15154941 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15154942 | *+ | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15154943 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15154944 | *+ | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154945 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15154946 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154947 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154948 | *+ | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154949 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 1 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 44 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing LLC cwohlrab@raslg.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Lawrence W. Willis | on behalf of Debtor Glenn Kovach Jr. ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Lakeview Loan Servicing LLC ldoyle@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10