**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/07/2023

IN RE:

GLENN KOVACH, JR.
111 ELGIN LN
EVANS CITY, PA  16033
XXX-XX-0560           Debtor(s)

Case No.19-24028 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/7/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SYNC NTWRKS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6251 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LAKEVIEW LN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX  76161 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:1-2<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*AMD CL=0*W/29 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6867 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:4-2<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*AMD CL=0*W/34 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  8884 |
| **MIDFIRST BANK**<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA, OK  73118 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:8-2<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*LOANCARE/PL*BGN 11/19*AMD*FR LOANCARE-DOC 44*FR CLS-DOC 47 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0151 |
| **DOVENMUEHLE MORTGAGE INC**<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL  60047 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  FIRST AMERICAN~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5985 |
| **SUNTRUST BANK**<br>C/O ECMC(*)<br>LOCK #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0408 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  20,938.76<br>COMMENT:  X0005/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0560 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE  19801 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7283 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~BSTBY~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4250 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3643 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,404.24<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2184 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,252.58<br>COMMENT: DNTFIRST\*COMENITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0952 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4391 |
| **FIFTH THIRD BANK**<br>5001 KINGSLEY DR<br>1MOBBW<br>CINCINNATI, OH  45227 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8484 |
| **GM FINANCIAL**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0578 |
| **KAY JEWELERS**<br>STERLING JEWELERS<br>375 GHENT ROAD<br>AKRON, OH  44333 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1988 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7414 |
| **NORTHWEST CONSUMER DISCOUNT CO\*\***<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **FAIR SQUARE FINANCIAL LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 400.49<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7891 |

| Creditor | Trustee Claim | Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|---|
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 21 INT %: 0.00% | Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9401 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **SHEFFIELD FINANCIAL**<br>PO BOX 1847<br>BANKRUPTCY SECTION/100-50-01-51<br>WILSON, NC 27894 | Trustee Claim Number: 22 INT %: 0.00% | Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9401 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 23 INT %: 0.00% | Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2212 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~HOME DESIGN~NTC ONLY/SCH |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 24 INT %: 0.00% | Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1092 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCP~NTC ONLY/SCH |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 25 INT %: 0.00% | Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2899 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LEVIN~NTC ONLY/SCH |
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 26 INT %: 0.00% | Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3347 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **TRACTOR SUPPLY/CBSD**<br>PO BOX 6500<br><br>SIOUS FALLS, SD 57117 | Trustee Claim Number: 27 INT %: 0.00% | Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3044 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number: 28 INT %: 0.00% | Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8664 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br><br>FT WORTH, TX 76161 | Trustee Claim Number: 29 INT %: 0.00% | Court Claim Number: 1-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6867 | CLAIM: 7,357.99<br>COMMENT: DFNCY BAL*AMD*W/4 |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ 08057 | Trustee Claim Number: 30 INT %: 0.00% | Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: AMERICREDIT~GM FNCL/PRAE |

CLAIM RECORDS

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 57.92<br>COMMENT: NT/SCH*LAST TRANSACTION 11/9/2019 |
| **MIDFIRST BANK**<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA, OK 73118 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 8-2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0151 | CLAIM: 1,058.65<br>COMMENT: CL8-2GOV*$0ARRS/PL*THRU 10/19*AMD*FR LOANCARE-DOC 44*FR CLS-DOC 47*F |
| **GRB LAW***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 4-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8884 | CLAIM: 8,547.95<br>COMMENT: DFNCY BAL*AMD*W/5 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE |
| **ALDRIDGE PITE LLC**<br>8880 RIO SAN DIEGO DR STE 725<br>SAN DIEGO, CA 92108 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: MIDFIRST/POA |