IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn Kovach Jr<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-24028-JAD |
| Lakeview Loan Servicing, LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Glenn Kovach Jr<br>    Debtor/Respondent, | |
| Ronda J. Winnecour, Trustee<br>    Additional Respondent. | |

## **MOTION TO WITHDRAW**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Lakeview Loan Servicing, LLC's Motion for Relief from the Automatic Stay filed with the Court on May 9, 2023, Docket No. 54.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn Kovach Jr<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-24028-JAD |
| Lakeview Loan Servicing, LLC<br>　　　Movant.<br>v. | CHAPTER 13 |
| Glenn Kovach Jr<br>　　　Debtor/Respondent, | |
| Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | |

**CERTIFICATE OF SERVICE**

　　　I, __Lorraine Gazzara Doyle__, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this ___8th___ day of ___June___, 2023:

Glenn Kovach Jr
111 Elgin Ln
Evans City, PA 16033

Lawrence W. Willis
Esquire, Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
ecf@westernpabankruptcy.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

United States Trustee
Sent via electronic notification
usptregion03.pi.ecf@usdoj.gov

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com