IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Glenn Kovach, Jr. | : | Case No. 19-24028-JCM |
| | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to:  Document No. 83 |
| | : | |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| Glenn Kovach, Jr. | : | |
| | : | |
| Respondent(s) | : | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on October 9, 2024 (document #83) is hereby WITHDRAWN.  The hearing scheduled for November 13, 2024 is cancelled.

                                                    Respectfully submitted,

11/4/2024

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED.

Dated:  November 4, 2024

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
11/4/24 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-24028-JCM

Glenn Kovach, Jr. Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Nov 04, 2024     Form ID: pdf900     Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Kovach, Jr., 111 Elgin Ln, Evans City, PA 16033-3707 |
| 15140020 | + | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15140036 | + | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15140039 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2024 23:35:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2024 23:35:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2024 23:39:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 04 2024 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15148943 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2024 23:35:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15140021 | + | Email/Text: bncnotifications@pheaa.org | Nov 04 2024 23:35:00 | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15140022 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 04 2024 23:35:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15140023 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2024 23:53:44 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2024 23:39:31 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140024 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2024 23:39:48 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15140026 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 04 2024 23:39:48 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 15155770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2024 23:53:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15140027 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2024 23:39:40 | Capital One Bank Usa N, Po Box 30281, Salt Lake |

Case 19-24028-JCM   Doc 91   Filed 11/06/24   Entered 11/07/24 00:31:12   Desc Imaged
Certificate of Notice   Page 3 of 5

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 2 of 4 |
| Date Rcvd: Nov 04, 2024 | Form ID: pdf900 | | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | City, UT 84130-0281 |
| 15140028 | + | Email/Text: enotifications@santanderconsumerusa.com Nov 04 2024 23:35:00 | | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15151020 | + | Email/Text: enotifications@santanderconsumerusa.com Nov 04 2024 23:35:00 | | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140029 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 04 2024 23:35:00 | | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15140030 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2024 23:54:16 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15160528 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2024 23:39:28 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15140031 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 04 2024 23:35:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15140032 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 04 2024 23:35:00 | | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15140033 | + | Email/Text: BKRMailOPS@weltman.com | Nov 04 2024 23:35:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15221504 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 04 2024 23:35:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15443137 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2024 23:35:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15175360 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 04 2024 23:35:00 | Lakeview Loan Servicing, LLC c/o, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140034 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 04 2024 23:35:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140035 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 04 2024 23:35:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15606357 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 04 2024 23:39:39 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15169837 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2024 23:35:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15140037 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2024 23:39:27 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15140038 | + | Email/PDF: cbp@omf.com | Nov 04 2024 23:39:50 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 16444035 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2024 23:39:40 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15518769 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2024 23:35:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15156306 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 04 2024 23:35:00 | SUNTRUST, C/O ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15319142 | + | Email/Text: enotifications@santanderconsumerusa.com Nov 04 2024 23:35:00 | | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140040 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2024 23:39:48 | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140041 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2024 23:39:25 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |

Case 19-24028-JCM   Doc 91   Filed 11/06/24   Entered 11/07/24 00:31:12   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15140042 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2024 23:39:48 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140348 | ^ | MEBN | Nov 04 2024 23:32:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15140043 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2024 23:54:05 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15140044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2024 23:53:44 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15172161 | | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2024 23:39:31 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15140045 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 04 2024 23:35:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | MIDFIRST BANK |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15154926 | *+ | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15154927 | *+ | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15154928 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15154929 | *+ | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15154930 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154931 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154932 | *+ | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15154933 | *+ | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15154934 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15154935 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15154936 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15154937 | *+ | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15154938 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15154939 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15154940 | *+ | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15154941 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15154942 | *+ | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15154943 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15154944 | *+ | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154945 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15154946 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154947 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154948 | *+ | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154949 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 2 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 04, 2024 | Form ID: pdf900 | Total Noticed: 46 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2024              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:

**Name**  **Email Address**

Charles Griffin Wohlrab
 on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
 on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Denise Carlon
 on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com

Lawrence Willis
 on behalf of Debtor Glenn Kovach  Jr. ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
 on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

William E. Craig
 on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9