Certificate Number: 05781-PAW-DE-039284406

Bankruptcy Case Number: 19-24028



05781-PAW-DE-039284406

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2025, at 1:06 o'clock PM PST, Glenn Kovach Jr. completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 28, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President