Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Glenn Kovach Jr.** <br> *Debtor(s)* | : <br> : <br> : | Case No. 19−24028−JCM <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : | |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Related to Document No. 96 <br> Hearing Date: 3/25/25 at 02:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 29th of January, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 96 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before March 17, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **March 25, 2025 at 02:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24028-JCM |
| Glenn Kovach, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 29, 2025 | Form ID: 300b | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Kovach, Jr., 111 Elgin Ln, Evans City, PA 16033-3707 |
| 15140020 | + | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15140036 | + | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15140039 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2025 00:14:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2025 00:14:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 00:29:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 30 2025 00:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15148943 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2025 00:14:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15140021 | + | Email/Text: bncnotifications@pheaa.org | Jan 30 2025 00:14:00 | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15140022 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 30 2025 00:14:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15140023 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:58:19 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:18:02 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140024 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:41:26 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15140026 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 30 2025 00:18:04 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 15155770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:30:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15140027 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:18:46 | Capital One Bank Usa N, Po Box 30281, Salt Lake |

Case 19-24028-JCM    Doc 100    Filed 01/31/25    Entered 02/01/25 00:31:51    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: 300b | Total Noticed: 46 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | City, UT 84130-0281 |
| 15140028 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 30 2025 00:16:00 | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15151020 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 30 2025 00:16:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140029 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2025 00:14:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15140030 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:41:24 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15160528 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2025 00:17:59 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15140031 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 30 2025 00:16:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15140032 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2025 00:14:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15140033 | + | Email/Text: BKRMailOPS@weltman.com | Jan 30 2025 00:14:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15221504 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 30 2025 00:14:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15443137 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2025 00:14:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15175360 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 30 2025 00:14:00 | Lakeview Loan Servicing, LLC c/o, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140034 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 30 2025 00:14:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140035 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 30 2025 00:14:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15606357 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 30 2025 00:30:27 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15169837 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2025 00:15:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15140037 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2025 00:18:02 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15140038 | + | Email/PDF: cbp@omf.com | Jan 30 2025 00:29:53 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 16444035 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 01:19:35 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15518769 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2025 00:14:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15156306 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 30 2025 00:15:00 | SUNTRUST, C/O ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15319142 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 30 2025 00:16:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140040 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:58:14 | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140041 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:30:18 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |

Case 19-24028-JCM  Doc 100  Filed 01/31/25  Entered 02/01/25 00:31:51  Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: 300b | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 15140042 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 01:19:38 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140348 | ^ | MEBN | Jan 30 2025 00:05:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15140043 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:41:24 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15140044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:18:39 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15172161 | | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2025 00:18:39 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15140045 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 30 2025 00:16:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | MIDFIRST BANK |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15154926 | *+ | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15154927 | *+ | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15154928 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15154929 | *+ | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15154930 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154931 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154932 | *+ | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15154933 | *+ | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15154934 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15154935 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15154936 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15154937 | *+ | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15154938 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15154939 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15154940 | *+ | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15154941 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15154942 | *+ | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15154943 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15154944 | *+ | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154945 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15154946 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154947 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154948 | *+ | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154949 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 2 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025       Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Lawrence Willis | on behalf of Debtor Glenn Kovach Jr. ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10