IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

GLENN KOVACH, JR.

    Debtor(s)
Ronda J. Winnecour
    Movant
    vs.
GLENN KOVACH, JR.

Case No.:19-24028

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a discharge in this case.

5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

WHERFORE, the Trustee respectfully requests that the Court,
    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

January 28, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/15/2019 and confirmed on 12/13/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 69,987.00 |
| Less Refunds to Debtor | 1,115.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,871.22 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,100.00 | |
|   Trustee Fee | 3,538.20 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,638.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK | 0.00 | 60,080.74 | 0.00 | 60,080.74 |
|     Acct: 0151 | | | | |
|   MIDFIRST BANK | 1,058.65 | 1,058.65 | 0.00 | 1,058.65 |
|     Acct: 0151 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR' | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6867 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8884 | | | | |
| | | | | 61,139.39 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN KOVACH, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN KOVACH, JR. | 1,115.78 | 1,115.78 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DOVENMUEHLE MORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5985 | | | | |
|   SUNTRUST BANK | 20,938.76 | 533.04 | 0.00 | 533.04 |
|     Acct: 0560 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7283 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4250 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3643 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,404.24 | 86.66 | 0.00 | 86.66 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2184 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 2,252.58 | 57.34 | 0.00 | 57.34 |
| | Acct: 0952 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4391 | | | | |
| | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8484 | | | | |
| | GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0578 | | | | |
| | KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1988 | | | | |
| | MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7414 | | | | |
| | NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | RESURGENT RECEIVABLES LLC | 400.49 | 10.20 | 0.00 | 10.20 |
| | Acct: 7891 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9401 | | | | |
| | SHEFFIELD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9401 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2212 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1092 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2899 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3347 | | | | |
| | TRACTOR SUPPLY/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3044 | | | | |
| | WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8664 | | | | |
| | SANTANDER CONSUMER USA D/B/A CHRY | 7,357.99 | 187.31 | 0.00 | 187.31 |
| | Acct: 6867 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 57.92 | 1.47 | 0.00 | 1.47 |
| | Acct: 0001 | | | | |
| | AMERICREDIT FINANCIAL SVCS INC DBA | 8,547.95 | 217.61 | 0.00 | 217.61 |
| | Acct: 8884 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6251 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,093.63 |

TOTAL PAID TO CREDITORS                                                          62,233.02

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 1,058.65 |
| UNSECURED | 42,959.93 |

Date: 01/28/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    GLENN KOVACH, JR.

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:19-24028

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24028-JCM |
| Glenn Kovach, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Kovach, Jr., 111 Elgin Ln, Evans City, PA 16033-3707 |
| 15140020 | + | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15140036 | + | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15140039 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2025 00:14:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2025 00:14:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 00:18:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 30 2025 00:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15148943 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2025 00:14:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15140021 | + | Email/Text: bncnotifications@pheaa.org | Jan 30 2025 00:14:00 | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15140022 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 30 2025 00:14:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15140023 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:28:58 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:41:23 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140024 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:29:40 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15140026 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 30 2025 00:41:25 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 15155770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:41:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15140027 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:18:42 | Capital One Bank Usa N, Po Box 30281, Salt Lake |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 2 of 4 |
| Date Rcvd: Jan 29, 2025 | | Form ID: pdf900 | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | | City, UT 84130-0281 |
| 15140028 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 30 2025 00:16:00 | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15151020 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 30 2025 00:16:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140029 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2025 00:14:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15140030 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:18:46 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15160528 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2025 00:18:13 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15140031 | + Email/Text: collectionbankruptcies.bancorp@53.com | Jan 30 2025 00:16:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15140032 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2025 00:14:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15140033 | + Email/Text: BKRMailOPS@weltman.com | Jan 30 2025 00:14:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15221504 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 30 2025 00:14:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15443137 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2025 00:14:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15175360 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 30 2025 00:14:00 | Lakeview Loan Servicing, LLC c/o, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140034 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 30 2025 00:14:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140035 | + Email/Text: bankruptcy@marinerfinance.com | Jan 30 2025 00:14:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15606357 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 30 2025 00:18:17 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15169837 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2025 00:15:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15140037 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2025 00:42:05 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15140038 | + Email/PDF: cbp@omf.com | Jan 30 2025 00:18:33 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 16444035 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 00:18:16 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15518769 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2025 00:14:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15156306 | + Email/Text: ECMCBKNotices@ecmc.org | Jan 30 2025 00:15:00 | SUNTRUST, C/O ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15319142 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 30 2025 00:16:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140040 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:18:46 | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140041 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:18:16 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 15140042 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:58:02 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140348 | ^ | MEBN | Jan 30 2025 00:05:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15140043 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:30:17 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15140044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 01:09:17 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15172161 | | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2025 01:30:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15140045 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 30 2025 00:16:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | MIDFIRST BANK |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15154926 | *+ | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15154927 | *+ | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15154928 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15154929 | *+ | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15154930 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154931 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154932 | *+ | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15154933 | *+ | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15154934 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15154935 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15154936 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15154937 | *+ | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15154938 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15154939 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15154940 | *+ | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15154941 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15154942 | *+ | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15154943 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15154944 | *+ | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154945 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15154946 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154947 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154948 | *+ | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154949 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 2 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Lawrence Willis | on behalf of Debtor Glenn Kovach Jr. ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10