IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    GLENN KOVACH, JR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
    No Repondents.

Case No.:19-24028

Chapter 13

Document No.: 96

## ORDER OF COURT

AND NOW, this __18th__ day of __March__, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
3/18/25 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24028-JCM |
| Glenn Kovach, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Kovach, Jr., 111 Elgin Ln, Evans City, PA 16033-3707 |
| 15140020 | + | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15140036 | + | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15140039 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Mar 19 2025 00:25:00 | | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Mar 19 2025 00:25:00 | | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Mar 19 2025 00:29:12 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com<br>Mar 19 2025 00:24:00 | | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15148943 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Mar 19 2025 00:25:00 | | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15140021 | + | Email/Text: bncnotifications@pheaa.org<br>Mar 19 2025 00:25:00 | | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15140022 | + | Email/Text: BarclaysBankDelaware@tsico.com<br>Mar 19 2025 00:25:00 | | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15140023 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Mar 19 2025 00:29:19 | | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Mar 19 2025 00:28:52 | | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15140024 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Mar 19 2025 00:29:21 | | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15140026 | | Email/PDF: acg.coaf.ebn@aisinfo.com<br>Mar 19 2025 00:29:24 | | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 15155770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Mar 19 2025 00:28:58 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15140027 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Mar 19 2025 00:28:30 | | Capital One Bank Usa N, Po Box 30281, Salt Lake |

Case 19-24028-JCM   Doc 106   Filed 03/20/25   Entered 03/21/25 00:31:13   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 46 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | City, UT 84130-0281 |
| 15140028 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 19 2025 00:26:00 | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15151020 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 19 2025 00:26:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140029 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15140030 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:39:52 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15160528 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2025 00:28:52 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15140031 | + Email/Text: collectionbankruptcies.bancorp@53.com | Mar 19 2025 00:26:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15140032 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 19 2025 00:25:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15140033 | + Email/Text: BKRMailOPS@weltman.com | Mar 19 2025 00:25:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15221504 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 19 2025 00:25:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15443137 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 19 2025 00:24:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15175360 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 19 2025 00:25:00 | Lakeview Loan Servicing, LLC c/o, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140034 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 19 2025 00:25:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15140035 | + Email/Text: bankruptcy@marinerfinance.com | Mar 19 2025 00:24:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15606357 | + Email/Text: bkmail@midfirst.com | Mar 19 2025 00:24:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15169837 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2025 00:26:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15140037 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2025 00:29:19 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15140038 | + Email/PDF: cbp@omf.com | Mar 19 2025 00:41:56 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 16444035 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:28:42 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15518769 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 19 2025 00:24:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15156306 | + Email/Text: ECMCBKNotices@ecmc.org | Mar 19 2025 00:25:00 | SUNTRUST, C/O ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15319142 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 19 2025 00:26:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15140040 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:29:11 | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140041 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:39:44 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15140042 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:28:52 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15140348 | ^ | MEBN | Mar 19 2025 00:18:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15140043 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:29:17 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15140044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:29:00 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15172161 | | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2025 00:40:59 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15140045 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 19 2025 00:26:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | MIDFIRST BANK |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15154926 | *+ | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15154927 | *+ | Aes/suntrust Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15154928 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15154929 | *+ | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15154930 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154931 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154932 | *+ | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15154933 | *+ | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15154934 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15154935 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15154936 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15154937 | *+ | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 15154938 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15154939 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15154940 | *+ | Northwest Consumer Dis, Po Box 789, Butler, PA 16003-0789 |
| 15154941 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15154942 | *+ | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15154943 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15154944 | *+ | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154945 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15154946 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154947 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154948 | *+ | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154949 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 2 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 19-24028-JCM    Doc 106    Filed 03/20/25    Entered 03/21/25 00:31:13    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 46 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

**Name**        **Email Address**

Charles Griffin Wohlrab
on behalf of Creditor Lakeview Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com

Denise Carlon
on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Lawrence Willis
on behalf of Debtor Glenn Kovach Jr. ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

Thomas Song
on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

William E. Craig
on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10